20-2166-cr(L)
United States v. Chandler

# UNITED STATES COURT OF APPEALS
# FOR THE SECOND CIRCUIT

## SUMMARY ORDER

**RULINGS BY SUMMARY ORDER DO NOT HAVE PRECEDENTIAL EFFECT. CITATION TO A SUMMARY ORDER FILED ON OR AFTER JANUARY 1, 2007, IS PERMITTED AND IS GOVERNED BY FEDERAL RULE OF APPELLATE PROCEDURE 32.1 AND THIS COURT'S LOCAL RULE 32.1.1. WHEN CITING A SUMMARY ORDER IN A DOCUMENT FILED WITH THIS COURT, A PARTY MUST CITE EITHER THE FEDERAL APPENDIX OR AN ELECTRONIC DATABASE (WITH THE NOTATION "SUMMARY ORDER"). A PARTY CITING TO A SUMMARY ORDER MUST SERVE A COPY OF IT ON ANY PARTY NOT REPRESENTED BY COUNSEL.**

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 11th day of May, two thousand twenty-one.

PRESENT:  PIERRE N. LEVAL,
    RAYMOND J. LOHIER, JR.,
     *Circuit Judges*,
    GARY S. KATZMANN,
     *Judge*. *

------------------------------------------------------------------

UNITED STATES OF AMERICA,

    *Appellee*,

  v.            Nos. 20-2166-cr(L),
                20-3585-cr (CON)

---

\* Judge Gary S. Katzmann, of the United States Court of International Trade, sitting by designation.

YVAN CHANDLER, AKA SEALED
DEFENDANT #6,

*Defendant-Appellant.*

------------------------------------------------------------------

FOR DEFENDANT-APPELLANT: JAMES W. HYDE, IV, Law Office of James W. Hyde, IV, Wells, NY

FOR APPELLEE: RAJIT S. DOSANJH, Geoffrey J.L. Brown, Assistant United States Attorneys, *for* Antoinette T. Bacon, Acting United States Attorney for the Northern District of New York, Syracuse, NY

Appeal from an order of the United States District Court for the Northern District of New York (Glenn T. Suddaby, *Chief Judge*).

UPON DUE CONSIDERATION, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the appeal is DISMISSED as moot.

Yvan Chandler appeals from an order of the District Court (Suddaby, C.J.), denying his motion for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A) and for appointed counsel. While this appeal was pending,

2

however, Chandler, a citizen of Canada, was released from prison and returned to Canada. Because the only relief Chandler asked for on appeal is early release from prison due to his health, his appeal is moot. See United States v. Chestnut, 989 F.3d 222, 224–25 (2d Cir. 2021) (holding that a prisoner's appeal of the denial of a motion under 18 U.S.C. § 3582(c)(1)(A) is moot upon the prisoner's release when the prisoner requests release from prison solely based on health risks posed by COVID-19).

For the reasons set forth above, Chandler's appeal of the District Court's order is DISMISSED as moot.

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk of Court